■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE MARRERO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 31, 1978, convicting him of murder in the second degree, upon a jury verdict, and sentencing him to an indeterminate term of imprisonment of 20 years to life. Judgment modified, as a matter of discretion in the interest of justice, by reducing the minimum term of imprisonment to 15 years. As so modified, judgment affirmed. The sentence imposed was excessive to the extent indicated herein. O'Connor, J. P., Rabin, Gulotta and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WALKER, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 29, 1976, convicting him of robbery in the second degree and grand larceny in the third degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of grand larceny in the third degree, and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. Since (as the People concede) under CPL 300.30 (subd 4) grand larceny in the third degree is an inclusory concurrent count of robbery in the second degree, a conviction of the greater count is deemed a dismissal of the lesser count (see CPL 300.40, subd 3, par [b]). Accordingly, the lesser count must be dismissed (see *People v Grier,* 37 NY2d 847). We have examined appellant's remaining contentions and find them to be without merit. Lazer, J. P., Gulotta, Cohalan and Margett, JJ., concur.